**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE HUNTINGTON NATIONAL BANK, | ) | |
| | ) | Civil Action No. 2:26-1248 |
| Plaintiff, | ) | |
| | ) | Chief Magistrate Judge Patricia L. Dodge |
| v. | ) | |
| | ) | |
| R&R EXPRESS, INC., d/b/a KMT SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CASE MANAGEMENT ORDER**

AND NOW, this 3rd day of November, 2026, it is ORDERED that this action is placed under Local Rule 16.1 of this Court for pretrial proceedings and all provisions of the Rule will be strictly enforced.

Compliance with provisions of Rule 16.1 shall be completed as follows:

1. Plaintiff and Defendants will make the disclosures required by Federal Rule of Civil Procedure 26(a)(1) by November 16, 2026.

2. Plaintiff shall file an ADR Stipulation by November 16, 2026.

3. The parties shall move to amend the pleadings or add new parties by December 16, 2026.

4. The parties shall complete fact discovery by February 15, 2027. All interrogatories, depositions, requests for admission, and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

5. Any request for an extension of the fact discovery deadline must be made by motion no later than February 1, 2027 and shall include a summary of the discovery completed to date and identify all discovery that remains outstanding.

6. In the event that a discovery dispute cannot be resolved after the parties meet and confer, the parties may jointly contact the Court's Chambers by telephone and provide a brief description of the nature of the dispute. The Court will then schedule a telephone conference to address the dispute. Alternatively, the parties may proceed by written motion if they determine it is necessary based upon the nature of the dispute.

7. The Court will conduct a telephone post-discovery status conference on February 16, 2027 at 9:00 a.m.

8. Counsel shall confer with their clients prior to all case management, status, and pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court.

BY THE COURT:

/s/ Patricia L. Dodge
PATRICIA L. DODGE
CHIEF UNITED STATES MAGISTRATE JUDGE